1927. Dismissed with costs on motion of *Mr. Sidney F. Andrews,* with whom *Messrs. A. A. McLaughlin, E. T. Miller,* and *Henry S. Conrad* were on the brief, for petitioner. *Mr. William S. Hogsett* for respondents.

---

No. 802. UNITED STATES *v.* HURON NAVIGATION COMPANY. Appeal from the Court of Claims. January 10, 1927. Dismissed and mandate granted on motion of *Solicitor General Mitchell* for the United States

---

No. 697. UNITED STATES *v.* MORITZ NEUBERGER. Certiorari to the Circuit Court of Appeals for the Second Circuit. January 10, 1927. Case remanded to the District Court of the United States for the Southern District of New York with instructions to dismiss the original petition for naturalization therein on the ground that the question involved has been rendered moot through the admission of the respondent to citizenship on December 20, 1926, on a new petition for naturalization filed September 1, 1926, per stipulation of counsel on motion of *Solicitor General Mitchell* for the United States. Mr. *Louis Marshall* for respondent.

---

No. 160. UNITED STATES *v.* AMERICAN REFINING COMPANY. Error to the District Court of the United States for the Northern District of Texas. January 17, 1927. Dismissed on motion of *Solicitor General Mitchell* for the United States. *Mr. Harry C. Weeks* for defendant in error.

---

No. 161. AMERICAN REFINING COMPANY *v.* UNITED STATES. Error to the District Court of the United States for the Northern District of Texas. January 17, 1927.

778        OCTOBER TERM, 1926.

Cases Disposed of Without Consideration by the Court.   273 U. S.

Reversed on confession of error on motion of *Solicitor General Mitchell* for the United States. *Mr. Harry C. Weeks* for plaintiff in error.

---

No. 665. CELLULOID COMPANY *v.* COMMONWEALTH OF MASSACHUSETTS. Error to the Supreme Judicial Court of the State of Massachusetts. January 17, 1927. Dismissed with costs on motion of *Mr. Joseph Larocque* for plaintiff in error. No appearance for defendant in error.

---

No. 152. HELENE A. KNY, SOLE EXECUTRIX OF THE ESTATE OF RICHARD KNY, DECEASED *v.* THOMAS W. MILLER, ALIEN PROPERTY CUSTODIAN, AND FRANK WHITE, TREASURER OF THE UNITED STATES. Appeal from the Court of Appeals of the District of Columbia. January 17, 1927. Dismissed with costs on motion of *Messrs. Howard Ferris, Richard S. Doyle,* and *Dion S. Birney* for appellant. The *Attorney General* for appellees.

---

No. 153. HURON NAVIGATION CORPORATION *v.* UNITED STATES. Appeal from the Court of Claims. January 20, 1927. Dismissed per stipulation of counsel. *Messrs. J. Harry Covington* and *Spencer Gordon* for appellant. The *Attorney General* for the United States.

---

No. 164. FRITZ SCHUTTE *v.* HOWARD SUTHERLAND, ALIEN PROPERTY CUSTODIAN, ET AL. Appeal from the Court of Appeals of the District of Columbia. February 21, 1927. Decree reversed in part and affirmed in part, each party to pay his own costs, and the cause remanded to the Supreme Court of the District of Columbia for further proceedings per stipulation of counsel on motion of *Solicitor General Mitchell* in that behalf. *Messrs. Alfred K. Nippert* and *John W. Peck* for appellant.